UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD., AND OTI AMERICA, INC. <br><br> Defendants. | Civil Action No: <br><br> Demand for Jury Trial |

## **PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Plaintiffs Smartrac IP B.V. and Smartrac Technology, Inc. are wholly-owned subsidiaries of Plaintiff Smartrac N.V. Smartrac N.V. is a non-governmental corporate party in the above captioned action, is publicly traded on the Frankfurt Stock Exchange, and no publicly held corporation owns 10% or more of its stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp (No. 2501)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer*
Kimberly A. Mottley*
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

*Attorneys for Plaintiffs Smartrac N.V, Smartrac IP B.V. and Smartrac Technology, Inc.*

Dated: May 20, 2008

*Motions for Admission Pro Hac Vice to be filed.

DB02:6820366.1

067389.1001