AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of _____ Delaware

SMARTRAC N.V., SMARTRAC IP B.V.
AND SMARTRAC TECHNOLOGY, INC.

    Plaintiff,

    v.

ON TRACK INNOVATIONS LTD., AND
OTI AMERICA, INC.,

    Defendants.

**SUMMONS IN A CIVIL CASE**
Pursuant to 10 Del. C. § 3104

CASE NUMBER: 08-296

TO:    OTI America, Inc.
       c/o Secretary of State
       Division of Corporations
       John G. Townsend Bldg.
       401 Federal Street, Suite 4
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

Melanie K. Sharp, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonalble period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE  5/20/08

# RETURN OF SERVICE

| | |
|---|---|
| Service of the summons and complaint was made by me [1] | DATE  May 22 2008 |
| NAME OF SERVER *(PRINT)*  Edward Jones | TITLE  Process Server |

Check one box below to indicate approximate method of service

[X] Served Personally upon the defendant. Place where served: Secretary of State 401 Federal Street Dover DE 19901. Service Accepted by Karen Charbonneau @ 1:55 pm

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and Discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
            *Date*

*Signature of Server*  Edward Jones I

15 East North Street Dover DE 19901
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.