UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br>    Plaintiffs, <br><br>v. <br><br>ON TRACK INNOVATIONS LTD., AND OTI AMERICA, INC. <br><br>    Defendants. | Civil Action No: 08-296-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs and Robert M. Isackson, Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, NY 10103-0001, acting on behalf of defendants, pending their retention of counsel, for the limited purpose of securing an extension, and subject to the approval of the Court, that the time by which Defendants shall answer, move, or otherwise respond to plaintiffs' complaint is extended to and including July 11, 2008.

<table>
<tr><td></td><td>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Dawn M. Jones*<br>Melanie K. Sharp (No. 2501)<br>Dawn M. Jones (No. 4270)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571-6681<br>djones@ycst.com<br><br>Steven M. Bauer<br>Kimberly A. Mottley<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110-2600</td></tr>
<tr><td>Dated: June 11, 2008</td><td>(617) 526-9600<br>*Attorneys for Plaintiffs Smartrac N.V, Smartrac IP B.V. and Smartrac Technology, Inc.*</td></tr>
</table>

SO ORDERED this ___ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Dawn M. Jones, hereby certify that on June 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document – **Stipulation and Order to Extend** – with the Clerk of Court using CM/ECF.

I further certify that on June 11, 2008, I caused a copy of the foregoing document to be served on the following out of state counsel for defendants by E-mail and First Class Mail:

>Robert M. Isackson, Esquire
>Orrick, Herrington & Sutcliffe LLP
>666 Fifth Avenue
>New York, NY 10103-0001

>/s/ Dawn M. Jones
>Melanie K. Sharp (No. 2501)
>Dawn M. Jones (No. 4270)
>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6681
>msharp@ycst.com
>djones@ycst.com