IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD., AND OTI AMERICA, INC., <br><br> Defendants. | C.A. No. 08-296 (JJF) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for the defendants to answer, move or otherwise plead in response to the complaint is extended until July 25, 2008.

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Melanie K. Sharp*

---

Melanie K. Sharp (# 2501)
Dawn M. Jones (# 4270)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
djones@ycst.com
msharp@ycst.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

---

Jack B. Blumenfeld (# 1014)
Karen Jacobs Louden (# 2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Defendants*

SO ORDERED this _____ day of July, 2008.

---

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
2395793