**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD. AND OTI AMERICA, INC, <br><br> Defendants. | C.A. No. 08-296 (JJF) <br><br> Demand for Jury Trial |

**ON TRACK INNOVATIONS LTD.'S AND OTI AMERICA, INC.'S CORPORATE
<u>DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, OTI America discloses that it is a wholly-owned subsidiary of On Track Innovations Ltd. On Track Innovations Ltd. discloses that it does not have any parent corporations and no publicly held company owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (# 1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants and Counterclaim-Plaintiffs*

OF COUNSEL:

Jesse J. Jenner
Mark H. Bloomberg
ROPES & GRAY LLP
1211 Avenue of Americas
New York, NY 10036
(212) 596-9000
jesse.jenner@ropesgray.com
mark.bloomberg@ropesgray.com

Douglas J. Gilbert
David A. Loewenstein
Guy Yonay
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway
New York, NY  10036
(646) 878-0800
DouglasG@pczlaw.com
DavidL@pczlaw.com
GuyY@pczlaw.com

July 25, 2008

2425473

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on July 25, 2008, I caused the foregoing to be electronically filed, which will send notification of such filing(s) to the following:

> Melanie K. Sharp, Esquire
> Dawn M. Jones, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on July 25, 2008, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
**and HAND DELIVERY**

Melanie K. Sharp (# 2501)
Dawn M. Jones (# 4270)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**BY ELECTRONIC MAIL**

Steven M. Bauer
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

*/s/ Rodger D. Smith II*

Rodger D. Smith II (# 3778)