IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V., and SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD. and OTI AMERICA, INC. <br><br> Defendants. | Civil Action No. 08-296-JJF |

**STIPULATION TO AMEND CAPTION
AND TO EXTEND TIME TO RESPOND**

WHEREAS, Plaintiffs Smartrac N.V., Smartrac IP B.V., Smartrac Technology US Inc., filed a Complaint (D.I. 1) on May 20, 2008, naming in the caption "Smartrac Technology, Inc.," but otherwise referring to "Smartrac Technology US, Inc." in the body of the Complaint;

WHEREAS, Plaintiffs and Defendants On Track Innovations Ltd. and OTI America agree that the caption should name "Smartrac Technology US Inc.";

WHEREAS, Plaintiffs further seek, and Defendants do not oppose, a brief extension of time to move, answer, or otherwise plead in response to Defendants' Answer and Counterclaims (D.I. 13);

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by the parties, subject to approval by the Court, that:

1. The caption of the case shall be amended to read as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V., and SMARTRAC TECHNOLOGY US INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ON TRACK INNOVATIONS LTD. and OTI AMERICA, INC.<br><br>Defendants. | Civil Action No. 08-296-JJF |

2. The time for Plaintiffs to move, answer, or otherwise plead in response to Defendants' Answer and Counterclaims (D.I. 13) is extended to and includes August 27, 2008.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Andrew A. Lundgren | /s/ Rodger D. Smith II |
| Melanie K. Sharp (No. 2501)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6681<br>alundgren@ycst.com | Jack B. Blumenfeld (No. 1014)<br>Rodger D. Smith II (No. 3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>302-658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: August 13, 2008

SO ORDERED, this _____ day of August 2008.

_____
UNITED STATES DISTRICT JUDGE