## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD. AND OTI AMERICA, INC., <br><br> Defendants. | C.A. No. 08-296 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Douglas J. Gilbert, David A. Loewenstein and Guy Yonay of PEARL COHEN ZEDEK LATZER LLP, 1500 Broadway, New York, NY 10036 to represent defendants On Track Innovations Ltd. and OTI America, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Defendants*
  *On Track Innovations Ltd. and*
  *OTI America, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motions for admission *pro hac vice* of Douglas J. Gilbert, David A. Loewenstein and Guy Yonay is granted.

_____
United States District Court Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/12/08

Douglas J. Gilbert
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway
New York, NY 10036
(646) 878-0800

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/15/08

David A. Loewenstein
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway
New York, NY  10036
(646) 878-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/12/08

Guy Yonay
PEARL COHEN ZEDEK LATZER LLP
1500 Broadway
New York, NY 10036
(646) 878-0800

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 15, 2008, I caused the foregoing to be electronically filed, which will send notification of such filing(s) to the following:

> Melanie K. Sharp, Esquire
> Dawn M. Jones, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on August 15, 2008, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

> Melanie K. Sharp (# 2501)
> Dawn M. Jones (# 4270)
> Young Conaway Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899-0391

**BY ELECTRONIC MAIL**

> Steven M. Bauer
> Proskauer Rose LLP
> 1585 Broadway
> New York, NY 10036-8299

*/s/ Rodger D. Smith II*

Rodger D. Smith II (# 3778)