**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V. AND SMARTRAC TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON TRACK INNOVATIONS LTD. AND OTI AMERICA, INC., <br><br> Defendants. | C.A. No. 08-296 (JJF) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jesse J. Jenner and Mark H. Bloomberg of ROPES & GRAY LLP, 1211 Avenue of the Americas, New York, NY 10036 to represent defendants On Track Innovations Ltd. and OTI America, Inc. in this matter.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        rsmith@mnat.com
          *Attorneys for Defendants
          On Track Innovations Ltd. and*

August 18, 2008          *OTI America, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motions for admission *pro hac vice* of Jesse J. Jenner and Mark H. Bloomberg is granted.

        _____
        United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: *August 18, 2008*

*Jesse J. Jenner*
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/18/08

Mark H. Bloomberg
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 18, 2008, I caused the foregoing to be electronically filed, which will send notification of such filing(s) to the following:

> Melanie K. Sharp, Esquire
> Dawn M. Jones, Esquire
> YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on August 18, 2008, upon the following in the manner indicated:

### BY ELECTRONIC MAIL

Melanie K. Sharp (# 2501)
Dawn M. Jones (# 4270)
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

### BY ELECTRONIC MAIL

Steven M. Bauer
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

*/s/ Rodger D. Smith II*

Rodger D. Smith II (# 3778)