IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V., AND SMARTRAC TECHNOLOGY US INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 08-296 (JJF) |
| v. | ) ) | |
| ON TRACK INNOVATIONS LTD. AND OTI AMERICA, INC. | ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.    **Status of Proceedings / Motion to Stay.**   On Track Innovations Ltd. and OTI America, Inc. ("OTI") intend to file a motion to stay this action pending the outcome of proceedings in Smartrac N.V. v Assa Abloy AB, C.A. No. 3686-VCS (Del. Court of Chancery). In Count III of this co-pending Delaware state court action, Smartrac is seeking "injunctive relief to quiet title to assigned patents" referred to in an Agreement between Smartrac and Assa Abloy.

The patents in this Smartrac/Assa Abloy Agreement include the same '818 and '230 patents that Smartrac is seeking to assert against OTI in this case.  In its state court complaint, Smartrac states there is a "shadow over the title to the patent rights."  As a result, OTI believes that this case should be stayed until this title dispute in state court is resolved.

Plaintiffs here, Smartrac N.V., Smartrac IP B.V., and Smartrac Technology US Inc. (collectively, "Smartrac") intend to oppose OTI's motion to stay.  The dispute between Smartrac

N.V. and Assa Abloy AB ("Assa") currently pending before Vice Chancellor Strine in the Delaware Court of Chancery has no bearing whatsoever on Smartrac's standing to assert the '818 and '230 patents against OTI in this case. Neither Smartrac, nor its adversary in that action Assa, has made any claim therein that could potentially impact Smartrac's ability to bring the present action for infringement of these two patents against OTI. As will be explained more fully in Smartrac's opposition to OTI's motion, the only title issue addressed in that state court action relates to claims by a subsidiary of Assa (Aontec Teoranta) to have rights to practice the methods covered by certain patents without a license to those patents – not ownership of those patents or rights to assert them against other parties. Thus, Smartrac believes that there simply is no reason to stay the present case pending the outcome of the state court litigation where Smartrac's standing to assert its rights in these patents can not be changed in any way by the outcome of that action.

2.    **Pre-Discovery Disclosures.**  The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) within ten (10) calendar days after the Court's decision on OTI's motion to stay, if the motion is denied, and within ten (10) calendar days after the Court's decision lifting any stay if OTI's motion is granted.

3.    **Joinder of Other Parties.**  All motions to join other parties shall be filed on or before **April 10, 2009.**

4.    **Settlement Conference.**  Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of settlement. If the parties agree that they would benefit from a settlement conference, the parties shall contact the Magistrate Judge to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

5.    **Discovery.**

(a)    Exchange and completion of contention interrogatories, identification of party fact witnesses and the parties' document production shall be commenced so as to be completed by **February 24, 2009**. Fact discovery shall be completed by **July 24, 2009**.

(b)    Maximum of **45** interrogatories, including contention interrogatories, for each side.

(c)    Maximum of **45** requests for admission by each side.

(d)    Maximum of **20** depositions by plaintiffs and **20** by defendants, excluding expert depositions. Depositions shall not commence until the document production from the parties required by paragraph 5(a) is substantially completed.

(e)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue the expert is offered thirty (30) days after the issuance of the Court's Markman decision  Rebuttal expert reports are due thirty (30) days after service of the initial reports.

(f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than forty five (45) days from receipt of all expert reports, unless otherwise agreed in writing by the parties or ordered by the Court.

6.    **Non-Case Dispositive Motions.**

(a)    Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all

briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be

heard.  Available motion dates will be posted on the Court's website at:

http://www.ded.uscourts.gov/JJFmain.htm

       (b)     At the motion hearing, each side will be allocated ten (10) minutes to

argue and respond to questions from the Court.

       (c)     Upon filing of the Notice of Motion, a copy of said Notice shall be sent to

Chambers by e-mail at: jjf_civil@ded.uscourts.gov.

       7.     **Amendment of the Pleadings.**  All motions to amend the pleadings shall be filed

on or before **June 12, 2009.**

       8.     **Case Dispositive Motions.**  Any case dispositive motions, pursuant to the Federal

Rules of Civil Procedure, shall be served and filed with an opening brief on or before **January

18, 2010.**  Briefing shall be pursuant to D. Del. LR 7.1.2.  No case dispositive motion may be

filed more than ten (10) days from the above date without leave of the Court.  The parties shall

follow the Court's procedures for summary judgment motions which is available on the Court's

website at: http://www.ded.uscourts.gov/JJFmain.htm

       9.     **Markman.**  A Markman Hearing, if necessary, will be held on **September ___,**

**2009,** or as soon thereafter as the Court's schedule permits.  If the Court is amenable, the parties

propose the following schedule for claim construction and related briefing prior to the Markman

hearing:

      The parties shall, on or before **May 8, 2009,** exchange a list of those claim term(s)

      / phrase(s) that they believe need construction.  The parties shall exchange

      proposed constructions for terms in dispute on or before **May 29, 2009.**  Each

      party shall serve and file an opening brief on issues of claim construction on **July**

**10, 2009**, and a responsive brief on **August 7, 2009**. To the extent that any party relies upon an expert declaration in support of its proposed claim constructions, it will make that expert available for deposition within two weeks after serving its brief which relies on any such declaration.

The court, after reviewing the briefing, will allocate time to the parties for the hearing.

10.    **Applications by Motion.**

(a)  Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(a)    No facsimile transmissions will be accepted.

(b)    No telephone calls shall be made to Chambers.

(c)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

11.    **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.


_____          _____
DATE                             UNITED STATES DISTRICT JUDGE

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE  19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6743
DIRECT FAX:  302-576-3517
alundgren@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
MICHAEL S. NEIBURG
(PA & NJ ONLY)
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MICHAEL P. STAFFORD
RICHARD J. THOMAS
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

September 4, 2008

**BY E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

Re:    *Smartrac N.V. v. On Track Innovations Ltd.*, C.A. No. 08-296-JJF

Dear Judge Farnan:

Pursuant to the Court's August 28, 2008, Oral Order, the parties have conferred and are submitting the enclosed proposed Scheduling Order for the Court's consideration. The parties are in agreement on all dates in the proposed order.

Respectfully submitted,

Andrew A. Lundgren (No. 4429)

AAL
Enclosure

cc:    Jack B. Blumenfeld, Esquire (by e-filing and e-mail)

067389.1001