IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMARTRAC N.V., SMARTRAC IP B.V., and SMARTRAC TECHNOLOGY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ON TRACK INNOVATIONS LTD. and OTI AMERICA, INC.<br><br>Defendants. | Civil Action No. 08-296-JJF |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiffs Smartrac N.V., hereby certify that a copy of:

(1) Plaintiff's First Request for the Production of Documents and Things (Nos. 1-82),

(2) Plaintiffs First Set of Interrogatories (Nos. 1-25), and this notice of service were caused to be served on September 4, 2008 upon the following counsel of record in the manner indicated below:

### BY E-MAIL

Jesse J. Jenner, Esquire
jesse.jenner@ropesgray.com
Mark H. Bloomberg, Esquire
mark.bloomberg@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Douglas J. Gilbert, Esquire
douglasg@pczlaw.com
David A. Lowenstein, Esquire
davidl@pczlaw.com
Guy Yonay, Esquire
guy@pczlaw.com

PEARL COHEN ZEDEK LATZER LLP
1500 Broadway
New York, NY 10036
(646) 878-0800

**BY E-MAIL & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
jblumenfeld@mnat.com
Rodger D. Smith II., Esquire
rsmith@mnat.com
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren
Melanie K. Sharp (No. 2501)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
302-658-9200
*alundgren@ycst.com*
*Attorneys for Plaintiffs*

Dated: September 4, 2008